UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS PENSION FUND,
and THOMAS FISHER

WISCONSIN LABORERS DISTRICT COUNCIL,

WISCONSIN LABORERS-EMPLOYERS
COOPERATION AND EDUCATION
TRUST FUND,

                Plaintiffs,

v.                                  Case No. 09-CV-384

NEBLETT POST CONSTRUCTION &
CLEANING SERVICES, LLC,

                Defendant.

## ENTRY OF DEFAULT OF DEFENDANT NEBLETT POST CONSTRUCTION & CLEANING SERVICES, LLC

The Clerk of Court for the United States District Court for the Western District of Wisconsin, having noted that the Defendant in the above-captioned matter, Neblett Post Construction & Cleaning Services, LLC, has failed to plead or otherwise defend as provided under the Fed. R. Civ. P., and that fact has been made to appear by the Affidavit of the attorney for the Plaintiffs;

The Clerk hereby enters the default of Defendant Neblett Post Construction & Cleaning Services, LLC pursuant to Rule 55(a) of the Fed. R. Civ. P.

Dated this 18th day of August, 2009.

*Peter Oppeneer*

Clerk of Court