UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS PENSION FUND,
and THOMAS FISHER

WISCONSIN LABORERS DISTRICT COUNCIL,

WISCONSIN LABORERS-EMPLOYERS
COOPERATION AND EDUCATION
TRUST FUND,

                Plaintiffs,

v.                                      Case No. 09-CV-384

NEBLETT POST CONSTRUCTION &
CLEANING SERVICES, LLC,

                Defendant.

---

### ENTRY OF JUDGMENT ON THE DECISION BY THE COURT

---

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the Plaintiffs, Wisconsin Laborers Health Fund, Wisconsin Laborers Pension Fund, Thomas Fisher, Wisconsin Laborers District Council, and Wisconsin Laborers-Employers Cooperation and Education Trust Fund, recover from the Defendant Neblett Post Construction & Cleaning Services, LLC the sum of $2,631.72 with interest thereon at the rate that is provided by law.

Dated at Madison, Wisconsin, this 23d day of September, 2009.

_Peter Oppeneer_
Clerk of Court

_____
Deputy Clerk

Approved as to form this 23d day of September, 2009.

_Barbara B. Crabb_
U. S. District Court Judge